AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PHILLIP JAMES McCORMICK, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>INTERKORDSA GmbH, German Corporation, )<br>DUPONT-SABANCI INTERNATIONAL, L.L.C., )<br>and KORDSA INCORPORATED, )<br>        Defendants. )<br>)<br>    v. )<br>)<br>ZENITH INSURANCE COMPANY, )<br>        Respondent. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 7:05-CV-31-F** |

**Decision by Court.**

      IT IS ORDERED AND ADJUDGED that DUSA's Motion for Judgment on the Pleadings, or in the Alternative, Second Motion for Summary Judgment, which relates to Plaintiff's negligence claims in the Amended Complaint, is ALLOWED as a motion for judgment on the pleadings. DUSA's first Motion for Summary Judgment is DENIED IN PART AS MOOT as it relates to the negligence claims of the Original Complaint, and ALLOWED IN PART as it relates to Plaintiff's warranty claims against DUSA and KordSA. Accordingly, all of Plaintiff's claims against DUSA and its successor KordSA are DISMISSED. DUSA's Motions to Strike, and Motion for In Camera Inspection are DENIED AS MOOT. Zenith's Motion to Withdraw is ALLOWED, and Zenith is DISMISSED from this action. All other defendants having been previously dismissed from this action, the Clerk is DIRECTED to close this case.

      THE ABOVE JUDGMENT WAS ENTERED TODAY, **August 10, 2009**, AND A COPY MAILED VIA ELECTRONICALLY OR BY REGULAR MAIL TO:

| | |
|---|---|
| Douglas B. Abrams<br>2021 Fairview Road<br>Raleigh, NC 27608 | J. Anthony Penry<br>Cynthia O'Neal<br>510 Glenwood Ave, Ste 319<br>Raleigh, NC 27603 |
| Thomas Fleming Taft<br>P.O. Box 1766<br>Greenville, NC 27835-1766 | Allan R. Gitter<br>Bradley Reed Johnson<br>One West Fourth St.<br>Winston-Salem, NC 27101 |

Catherine R. Stuart
Charles Cecil Kyles
1033 Wade Ave., Ste 202
Raleigh, NC 27605-1155

| | |
|---|---|
| <u>August 10, 2009</u><br>Date | DENNIS P. IAVARONE<br>Clerk of Court |
| *Wilmington, North Carolina* | <u> /s/ Susan K. Edwards</u><br>*(By) Deputy Clerkj* |